Emmanuel Tyrone Bull
(Name)

P.O. BOX 5002 ; B3100
(Address)

CALIPATRIA CALIF. 92233
(City, State, Zip)

J45487 B3B
(CDC Inmate No.)

| 2254 | 1983 |
| FILING FEE PAID | |
| Yes | No |
| IFP MOTION FILED | |
| Yes | No |
| COPIES SENT TO | |
| Court | ProSe |

**FILED**

JAN 3 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# ORIGINAL

## United States District Court
## Southern District of California

Emmanuel Tyrone Bull
(Enter full name of plaintiff in this action.)

                           Plaintiff,

v.

LARRY Small, WARden
T. OChOA, WARden
T. BOREN, Sgt.
HURtADO, C/O
(Enter full name of each defendant in this action.)

                           Defendant(s).

**'11 CV 0009 DMS WMc**

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983
Fed. R. Civ. P. 38(b)
Jury trial.

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

28 U.S.C. § 1331; 28 U.S.C. § 1391(b)(2); 28 U.S.C. § 2201; § 2202.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Emmanuel Tyrone
Bull _____, who presently resides at P.O. BOX 5002
(print Plaintiff's name)
                                 (mailing address or place of confinement)
CALIPATRIA PRISON _____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at CDCR
CALIPATRIA _____ on (dates) 6/12/07 ____, ____, and ____
(institution/place where violation occurred)     (Count 1)     (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _LARRY SMALL_ resides in _CALIPATRIA_
            (name)                             (County of residence)

and is employed as a _WARDEN CALIPATRIA_. This defendant is sued in
                          (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: his deliberate, Indifferences, malicious, Improper, ARbitrary Retaliation action of unlawful acts deprivation of due process of liberty Rights, Equal protection, during working hours on the prison premises.

Defendant _T. OCHOA_ resides in _CALIPATRIA_
            (name)                           (County of residence)

and is employed as a _WARDEN CALIPATRIA_. This defendant is sued in
                          (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: his deliberate, Indifferences, malicious, Improper, ARbitrary Retaliation action of unlawful deprivation of property violation of Due process Rights, Equal protection during working hours on prison premises.

Defendant _T. BOREN_ resides in _CALIPATRIA_
            (name)                           (County of residence)

and is employed as a _Sergeant CALIPATRIA_. This defendant is sued in
                          (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: his deliberate, Indifferences, malicious, Improper, ARbitrary Retaliation actions of unlawful acts deprivation of property violation of Due process Rights, Equal protection during working hours on prison premises.

Defendant _HURTADO_ resides in _CALIPATRIA_
            (name)                           (County of residence)

and is employed as a _CORRECTIONAL OFFICER_. This defendant is sued in
                          (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: his deliberate, Indifferences, malicious, Improper, ARbitrary Retaliation actions of unlawful acts deprivation of property, violation of Due process Rights, equal protection during working hours on prison premises.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 1st. 4th, 5th, 8th, 14th Amend. U.S.C. To Safe conditions in prison. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On June 11, 2007, plaintiff transpacked plaintiff's personal property at CDCR-C-S-A-T-F-180. to be transfered to CDCR Calipatria. no Official at C-S-A-T-F-180, informed plaintiff what plaintiff could or could not have at CDCR Calipatria CDCR title 15 3 3/90 (c). on June 12, 2007 plaintiff was received at CDCR Calipatria-270. plaintiff was received at CDCR Calipatria -270, along with 12-14 other prisoners. All the other prisoners received their personal property that same day upon arrival, plaintiff was the only Inmate to not receive plaintiff's personal property that day on June 12, 2007. plaintiff asked Sgt. T. Boren, the Receiving and Releasing sergeant, "why am I not getting personal property?" Sgt. T. Boren stated" have you ever heard of pop goes the weasol?" "well you are the weasel." And all at once other defendant(s), defend-Hurtado, 4o, C. maciel, 4o, Vanzadnt, 4o, all started to chorus stating" pop goes the weasol Because the weasel goes pop." defendant(s) T. Boren, sgt, Hurtado, 4o, C. maciel, 4o, And Vanzadnt, 4o, all started to laugh at plaintiff because plaintiff was deprived of personal property on June 12, 2007. ~~this is all of~~ Laughing at plaintiff because it's agame to the defen-dant(s). on June 13, 2007, plaintiff was called BACK up to R & R by sgt, T. Boren, to retrieve plaintiff's

1  personal property. when plaintiff arrived at R & R
2  plaintiff's personal property was already separated
3  of what plaintiff can have and can not have here at
4  calipatria. Alot of plaintiff's personal property was
5  confiscated unlawfully. plaintiff was deliberately,
6  maliciously, Improperly, arbitrarily, retaliated against
7  and was forced to via mail plaintiff's personal pro-
8  perty home unlawfully due to cdcr calipatria -270
9  Bogus, fake, false, madeup Rules about plaintiff can
10 not have in plaintiff's possession any appliances that
11 have speakers in the televisions or radios, plaintiff
12 cannot have in plaintiff's possession hair comb picks,
13 Discrimination against AFRICAN AMERICANS, plaintiff
14 E-Tron Radio with cd player, cassette player, ear
15 buds, T.V. cable, Head phone extension cord, cassette
16 tapes, shower shoes, thermo tank top and pants, hair
17 gel, gym shorts, books magazines, sweat pants and shirt
18 soap dishes, wave caps, head phones. on June 13, 2007
19 plaintiff signed cdcr property Release Form and
20 the cdcr 193, trust account withdrawal order
21 form. plaintiff personal property that was
22 unlawfully confiscated, plaintiff's property
23 was never mailed to the address plaintiff
24 provided to defendant(s) T. Boren, Sgt, Larry
25 small, warden, T. Ochoa, warden,.
26 Defendant T. Boren, lied to the Reviewer about
27 plaintiff having a J-Win Radio. plaintiff
28 do not or never did own an J-Win Radio.

1  plaintiff's mother, Lillie Bull bought and paid
2  for plaintiff's Etran CD-cassette Radio player
3  from union supply company on June 29, 2001
4  (see Exhibit # A) plaintiff's receipt.
5  Defendant(s) T. Boren, Sgt, or the 602
6  Reviewer did not identify what was wrong
7  with plaintiff's Etran Radio, or any other
8  of plaintiff's personal property that was
9  unlawfully confiscated. or why they confiscat-
10 ed plaintiff's T.V. speakers, headphones etc,
11 etc, clothing items, and other belongings.
12 Defendant T. Boren, Sgt, stated
13    "Defendant(s) Larry Small Warden and
14 T. Ochoa, Warden, implemented the new rule".
15    40, Hurtado proceeded to give me the Rest
16 of my property, and took the rest Away/from
17 me".
18
19           conclusion
20
21 coer calipatria officials retaliation unlawfully
22 taking my prosonal property amounts
23 to deliberate, indifference,
24 malicious arbitrary to an unreasonable
25 Risk of serious harm. inviolation
26 of the 1st, 4th, 5th, 8th, 14th, amendments to
27 the united states constitution. For these reasons
28 my motion for jury trial should be granted.

5

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?   Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d)  Issues raised: _____
_____
_____
_____
_____

(e)  Approximate date case was filed: _____

(f)  Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought. _CAl - co7 01135_
_FiRSt level Review WAs denied on 7-15-2007; Second level_
_Review WAs denied on 8-29-2007; 3Rd level Review WAs denied_
_on 12-12-2007; Government claim form was denied on_
_September 6, 2007._
_____
_____
_____
_____

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____

_____

_____

_____

2. Damages in the sum of $ *500,000.ºº*

3. Punitive damages in the sum of $ *500,000.ºº* .

4. Other: FOR EAch And eveRy IndWiduAl defendAnt(s)
to pAy this plAintiFF $ 500,000.ºº FOR pAin And suFFERing. And FOR
couRt (Fees) And cosR. And FOR AttoRNey Fees.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date.  If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒  Plaintiff consents to magistrate judge jurisdiction as set forth above.       **OR**       ☐  Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

*December 29, 2010*
Date

*Emmanuel Tyrone Bell*
Signature of Plaintiff

Exhibit A pages 1 - 22

Plaintiff's cdcr 602 complaint Filed
on, June 17, 2007, case no.# CAL
co701135 Calipatria. Deprived
of personal property.
And Government claims Form.
Filed on, September 6, 2007.
Property Receipts As Ex.-

EXHIBIT

Exhibit A#

STATE OF CALIFORNIA
CAL APPEALS JUN 21 2007
DEPARTMENT OF CORRECTIONS (CDC)

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED CAL APPEALS JUL 31 2007
RECEIVED JUN 19 2007

| Location | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | CAL | C 07 01 1 3 5 | (5) |

1. ___  2. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| E. BULL | J45987 | Deprived of property, Give Back | C-3-127 |

**A. Describe Problem:** This is a prisoner citizen's complaint - prisoner's - Employee misconduct complaint pursuant to Calif. penal codes 832.5 (a); 2650-2652; & 182.5 conspiracy; & Calif. Title 15 Sect's 3004 (a) (b)(4); 3084.1. (a). 3084.7 (a)(1)(2); 3190 (a)(b)(c)(d)(g)(h) (h1)(h2)(h6)(h7)(2)(3)(L)(m)(o); 3191 (a)(b)(c)(d); 3193 (a)(b): Brought against Calif. Dept. of Corrections Employee & Officials employed at CSP-CAL-270 R & R, C-Facility, known as T. Ochoa, Warden; G. Janda, A-W; T. Boren, Sgt.; Hurtado

If you need more space, attach one additional sheet. Continue on attached page

**B. Action Requested:** To be compensated for the following items that prisoner paid money For, either with money & or to be given back all said mention property Brought & paid for ~~approximate~~ ① T.V. # 114.97; ~~the~~ ① Headphones # 9.97; ① ear buds # 4.99; T.V. cable # 3.97; ① Head phone Extension cord # 8.00;

Continue on attached page.

Inmate/Parolee Signature: E. Bull # J45987   Date Submitted: 6-17-2007

RECEIVED CAL APPEALS JUN 21 2007

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____
_____
_____
_____

CSP-CAL BYPASS

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

EXHIBIT

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

CAL   C 07 01 1 3 5

CAL    C 07 01 1 3 5

First Level  ☐ Granted  ☐ P. Granted  ☑ Denied  ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **JUN 2 2 2007**   Due Date: 8/3/07

Interviewed by: *See attached*

Staff Signature: _____   Title: *Sgt*   Date Completed: 7-15-7

Division Head Approved: *M. Duran*   Title: *Cpt (A)*   Returned

Signature: _____   Title:   Date to Inmate: **JUL 19 2007**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

The C/O'S is Lieing they never told, Stated nothing to "P" on why they the C/O's took my property unLawFully. "P is being unLawFully Deprived of "P's" Personal Due to A FAKE, FALSe threat to the security of the PRison. "P" is aLLowed numerous shaving RAZORs in "P's" cell 24 hours A Day, so how CAN OFFiciAL states "P's Property is A security CONCERN + other Items? ?

Signature: *E, BELL* #J45987   Date Submitted: July 21, 2007

RECEIVED CAL APPEALS  JUL 2 4 2007

Second Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUL 2 4 2007**   Due Date: 8/2/07

☒ See Attached Letter

Signature: _____   Date Completed: 8-29-07

Warden/Superintendent Signature: _____   Date Returned to Inmate: **SEP 0 4 2007**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

"P" is being deprived of personal property Due unto there is no security Nor threat to the PRison Because of A RAIDO, Headphones Books + clothing. This PRison HAVE some of the same RAIDO E-TRON RADIO, Head Books Books clothing that other prisoners HAVE in their possion + they HAVE not been confiscated. The sgt. + Reviewer is Lieing About "P" RADIO is / or WAS ALtered + that is why they took, confiscated it From P. The sgt. + Reviewer

Signature: *E, BELL* #J45987   *continue on extra page →*   Date Submitted: 9-6-2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____

☒ See Attached Letter

Date: **DEC 1 2 2007**

Continuation FR: De scribe problem (A)
182.5 (a); 2650-2652; 182.5 conspiracy:
Def.: T. Ochoa, warden, Cal.; G. Janda, A-W; T. Boren,
Sgt.; Hurtado, C/O; C. Maciel, C/O; Vanzadnt,
C/O; (A)
E. Bull #J45987

C/O: C. Maciel, C/O: Vanzadnt, C/O: For their malicious,
deliberate, improper, arbitrary abuse of actions of super-
visory authority by improperly, unlawfully authorizing the sub-
ordinate officers, officials to violate, deprive prisoner of
personal property possession. The deliberate, improperly
malicious, arbitrary unlawful punishment of confiscation of
personal property. To deliberate, maliciously, arbitrarily, im-
properly unlawfully enforce, use, underground; specific'ly crea-
te made up, fake, false rules to, & or so subordinate
officials can deliberately, maliciously, improperly, arbitrarily
act to harass, threaten & to improperly enact punish-
ments of deprivation of personal property nonexpendable
property. To monoplize the Appliances with such vendors
& to monoplize over price Appliances etc with such vendors.

FACTS:    on June 11, 2007 Ⅳ, E. Bull
#J45987, prisoner, transpacked prisoner's personal prop-
erty at csp-c-s-a-t-f-180, to be transfered to
csp-cal-270. on June 12, 2007. While prisoner was
transpacking at c-s-a-t-f-180 not one official told prisoner
that prisoner can not have in prisoner personal property
possession a T.V. with speakers sound, Headphones; extra
sweatshirts & pants, night clothings, Etron radio cassette CD player
Gym shorts. Headphone extencord. cassette tapes. soapdish, hair
Gel. Magazines books. Reading books. T.V. cable cord, hair comb
picks Afro hair comb pick; wave caps, shower shoes.
on June 12, 2007 prisoner was received at csp-cal-270.
Also on June 12, 2007 About 12-14 other prisoners was rec-
eived at csp-cal-270 Along with prisoner. All the other
prisoner received All their personal property the same day.
Ⓐ 3 prisoner was the only person who did not receive
prisoner personal property that day. prisoner asked Sgt. T. Bo-
ren, R&R Sgt. "Why him I not getting my property?"
Sgt. T. Boren stated "have you ever heard of pop goes the


EXHIBIT

Weasel?" "Well you are the Weasel". + all at once the other officers in the office all song "pop goes the weasel" cause the weasel goes pop". Then they all started to laugh like it's a game to them to not Issue to me my property that day like all other Inmates.

On June 13, 2007 prisoner was called up to R+R to receive prisoner personal property. But alot of prisoner personal property was taken away + confiscated unlawfully prisoner mentioned up + above. "p" was deliberately, maliciously, improperly, arbitrarily deprived of personal property + is forced to via mail home unlawfully. Because of CSP-CAL-270 bogus, fake made up rules about "p" cannot have in "p's" possession any appliances that have speakers. + hair comb, picks, afro hair combs unlawfully stated on that such is a threat to the prison safety + security. Officials are discriminating against African American due to the fact we take away our combs to not be to comb our hair. 180 designs prison don't take away combs nor do the 180 design prison take away etron radios with CD, cassette players nor do the 180 prisons take away other personal property "p" have mentioned. CSP-CAL-270 prison is punishing us prisoners who is 270 designed for programing. If "p" can have these personal property at a 180 designed which is the veryest highest level in prisoner can be housed, why can't "p" have these very same Items at a 270 design prison with much with less security? + "p" is forced to re-buy these same over priced appliances from the prison designed vendors etc. "p" should not be paying for over priced appliances that is deliberately, maliciously, improperly inflated by such companies + vendors that is monopilized by these vendors, companies unlawfully. Even if CSP-CAL-270 did incorporated such rules "p" should still be able to keep in "p's" possession such appliances, + combs, clothing etc book etc. In which "p" is paying money for these 3 Items only to be taken away for programming. Officials should consider have consideration of the fact + that "p" is award of the state, + is indigent, owe restitution money which take money away from "p". + Actually tripples the cost of appliances, books, clothings, combs etc etc from these vendors who is monoplizing the products with this prison CSP-CAL-270. There is no security concern due to the fact that this prison have exrays machines to see through such Items. How come a 180 design prison allow the 3 Items + a 270 designed prison can't, + will not ?? p have a right to transfer with such 3 Items + a right to have + keep in "p" possession.

Action Requested continue from part "B"
(2) cassette tapes $20.00; (1) Etron CD-cassette radio AM/FM $69.95; (2) wave caps $3.00; (3) afro hair combs $2.75; (3) shower shoes $3.00; (2) thermo tank tops $14.00; (2) thermo pants $14.00; (2) hair grd $6.00; (2) gym shorts $12.00; (20) magazines $40.00; (2) sweat pants $16.00; (2) sweat shirts $16.00; (1) soap dish $1.00;
     totaling $359.60. And to stop this unlawful monoplizing Business with vendors & CSP-CAL-270 prison + officials, + stop confiscating such personal property + to have CSP CAL-270 officials to put "p" T.V. speakers back into "p's" Television rightfully. + Speakers back in to radio
                                               E. Ball + J45987

RECEIVED CSP MAILED 2007 R R 2007

EXHIBIT

Continue From part. "H" Dissatified

Lied About "p" have a J.win Radio.
"p" do not have a J.win Radio. on 6/29/0
"p's" mother Bought & paid For "p" Radio
From Union Supply company Inc
purching a Etron Radio C.D. player / cass
ett Radio player (See Exhibit "A")
"p's" Receipt From Union Supply company.
   The Sot. & or Reviewer (Refused to,
& or did not, have, not Identify what was
altered / or what was wrong with "p's"
Etron C.D / cassette player. they
dont even mentioned what was wrong,
They Lied (just to take my Radio unlawfully, & or any other of p's personal
property or why the stole 'p''s' property.
The Reviewer Failed, Refuse to conduct
An Investigation of staff mis conduct of
threats depriving "p" of personal property.
   Prisoner ask that (this level of)
CDCR to grant prisoner's request
actions & or have California to Imburs
prisoner with all of the said stated pro-
perty Etron Radio CD player / cassette
player, Televison, books, clothings etc
(Headphones that prisoner Bought & paid
For. & Due unto neither one / not one of
these 3 item poses a threat to the prison
Institution.

EXHIBIT Respectfully Submitted by
s/Bill # J45987

California Department of Corrections and Rehabilitation

State of California

# Memorandum

DATE:     SEP 04 2007

TO:       BULL
          J45987

SUBJECT:  **SECOND LEVEL APPEAL RESPONSE**
          **LOG NO:   CAL-C-07-01135**

ISSUE: PROGRAM

It is your position that when you arrived at Calipatria State Prison your personal property was under far more scrutiny than when you left the Substance Abuse Treatment Facility. As a result, some of your property was confiscated.

You are requesting compensation for property that was confiscated.

INTERVIEWED BY:

J. Coronado, Correctional Sergeant, on July 5, 2007.

REGULATIONS:

The rule governing this issue is the Department Operations Manual Chapter 5, Article 43, Inmate Property.

DISCUSSION:

On July 25, 2007, your property file was reviewed by Correctional Sergeant T. Borem, Receiving and Release (R&R). On the Property Release Form you signed, it is properly documented as to why each item was confiscated. Examples are:

- Twenty magazines were confiscated as excess, the limit is ten, and you were allowed ten.

- One set of head phones was confiscated, you are only allowed one set.

- You had several clothing articles that were confiscated due to excess and alterations.

- Two black wave caps were confiscated. Only white and light gray are allowed. (See attached memorandum).

- Petroleum Jelly was confiscated, it is not authorized (see attached).

EXHIBIT

CAL-C-07-01135
Page 2

- Your J.Win CD player was also confiscated due to it being altered.

In addition, Sergeant Borem informed me you arrived with nine boxes of property and due to your excess property they utilized a "six cubic foot wooden box." I was also informed you were not very cooperative, but did comply with placing your property in the box, and all of it did fit in the one six cubic foot box.

DECISION:

Based on the above noted factors, your property was properly confiscated and your appeal is denied at the Second Level of Review.

Be advised that this issue may be submitted for a Director's Level of Review.

T. OCHOA
Chief Deputy Warden
Calipatria State Prison

EXHIBIT

RECEIVED CAL APPEALS JUL 24 2007

# CALIPATRIA STATE PRISON
### Calipatria, California

NAME:                          INMATE BULL

CDC NUMBER                     J45987

APPEAL LOG NUMBER:             CAL-C-07-01135

INTERVIEWED:                   ON 7-5-07

                               J. CORONADO, Correctional Sergeant

APPEAL DECISION:               DENIED

APPEAL RESPONSE:

On 7-5-07 at approximately 1145 hrs I conducted a face to face interview with you Inmate Bull pertaining to your property 602. During the interview you stated "The officers at Calipatria's R+R, made you decide whether you wanted to send or donate your property home, even after you told them you had purchased it at some other institution." You went on to explain that officers Maciel and Vanzandt, told you that the property was either excessive or was not authorized at Calipatria State Prison.

I interviewed officer Maciel about your 602 and the following is his statement". I clearly explained to I/M Bull why these items were not allowed at Calipatria State Prison, he seemed irritated but understood. I/M Bull was given the proper forms and he mailed out his property on 6-13-07.

Based on the above information your appeal is denied at the first level of review.

The appellant is advised that this issue may be submitted for a Second Level of Review.

_____          __7-08-07_____
J. CORONADO                              Date
Correctional Sergeant

EXHIBIT

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:  **DEC 1 2 2007**

In re:   Bull, J-45987
Calipatria State Prison
P.O. Box 5002
Calipatria, CA  92233

IAB Case No.: 0708033          Local Log No.: CAL 07-01135

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner Michael H. Jensen, Facility Captain.  All submitted documentation and supporting arguments of the parties have been considered.

I    **APPELLANT'S ARGUMENT:** It is the appellant's position that when he arrived at Calipatria State Prison (CAL) from the California Substance Abuse Treatment Facility and State Prison at Corcoran (SATF) staff confiscated numerous personal property items that he was allowed to retain at SATF. The appellant claims that staff scrutinized his property much closer than the property of the other inmates who arrived with him. The appellant requests to be issued the property items confiscated or to be compensated the funds he spent purchasing the items. He stated the replacement cost of the items was $359.60. The appellant also requests Receiving & Release staff replace the speakers that were removed from his television and radio.

II   **SECOND LEVEL'S DECISION:** The reviewer found that staff confiscated twenty magazines based upon there being a limit of inmates possessing ten magazines. The staff response noted that one set of headphones were confiscated based upon the regulations only allowing the appellant to possess one pair of headphones. According to the Second Level of Review (SLR), altered clothing items were confiscated as were two black wave caps. It was stated neither black wave caps nor altered clothing is allowed. According to the institution unauthorized petroleum jelly was confiscated as was an altered compact disc player. Stating the appellant was required to meet the six cubic foot requirement, the appeal was denied by the SLR.

III  **DIRECTOR'S LEVEL DECISION:** Appeal is denied.

   A.   **FINDINGS:** On June 13, 2007, the appellant signed a Property Release Form authorizing CAL to mail his unauthorized personal property items home.  The evidence is that the appellant arrived at CAL with over six cubic feet of property and in possession of many items not authorized by CDC Operations Manual Section (DOM) 54030.

   There is no evidence CAL staff confiscated items the appellant was authorized to retain. The Director's Level of Review (DLR) notes the appellant failed to include a copy of the SATF Property Inventory Sheet he was issued prior to leaving that institution.  The only reference available to the DLR was the items confiscated by CAL staff.

   Based upon the documentation reviewed, and the fact the appellant signed the release form authorizing the mailing of the unauthorized items, the DLR has determined the appellant's rights were not violated. There is no evidence the appellant should be compensated for the confiscation of the unauthorized property.

   B.   **BASIS FOR THE DECISION:**
   California Code of Regulations, Title 15, Section: 3190, 3191, 3192, 3193
   DOM: 54030

   C.   **ORDER:** No changes or modifications are required by the institution.


EXHIBIT

BULL, J-45987
CASE NO. 0708033
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, CAL
        Appeals Coordinator, CAL

EXHIBIT

**Government Claims Form**
   **California Victim Compensation and Government Claims Board**
   **P.O. Box 3035**
   **Sacramento, CA 95812-3035**

   **1-800-955-0045 - www.governmentclaims.ca.gov**

**State of California**

**For Office Use Only**
**Claim No.:**

## Is your claim complete?

| | | |
|---|---|---|
| | [X] | *New!* Include a check or money order for $25 payable to the State of California. |
| | [X] | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| | [X] | Attach receipts, bills, estimates or other documents that back up your claim. |
| | [X] | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**①** Bram BuLL Emmanuel TyRone
*Last name*    *First Name*    *MI*

**②** Tel: _____

**③** Email: _____

**④** P.O. BOX 5002    CALiPATRiA    CALiF. 92233
*Mailing Address*    *City*    *State*    *Zip*

**⑤** Best time and way to reach you: Anytime

**⑥** Is the claimant under 18?  [ ] Yes  [X] No  If YES, give date of birth: ____ ____ ____
     *MM*   *DD*   *YYYY*

## Attorney or Representative Information

**⑦** _____
*Last name*    *First Name*    *MI*

**⑧** Tel: _____

**⑨** Email: _____

**⑩** _____
*Mailing Address*    *City*    *State*    *Zip*

**⑪** Relationship to claimant: _____

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  [ ] Yes  [ ] No

State agency that issued the warrant: _____    If NO, continue to Step ⑬

Dollar amount of warrant: _____    Date of issue: ____ ____ ____
Proceed to Step ⑫.    *MM*   *DD*   *YYYY*

**⑬** Date of Incident: June 12, 2007

Was the incident more than six months ago?  [ ] Yes  [X] No
If YES, did you attach a separate sheet with an explanation for the late filing?  [ ] Yes  [X] No

**⑭** State agencies or employees against whom this claim is filed:
DePARTment of CoRReCTiONS RehAbiLiTaTion. T. OChoA, AW; G. JaNdA, AW;
T. BoReN, Sgt.; HuRTadO, C/O; G. MaCieL, C/O;  VaN ZadNt, C/O.
CALiFORNiA STaTe PRiSon CALiPATRiA.

**⑮** Dollar amount of claim: $ 300.00

If the amount is more than $10,000, indicate the type of civil case:
[X] Limited civil case ($25,000 or less)
[ ] Non-limited civil case (over $25,000)

Explain how you calculated the amount:
Soo Receipts

EXHIBIT

**16** Location of the incident:

CALIPATRIA STATE PRISON, CALIFORNIA.

**17** Describe the specific damage or injury:

OFFICIAL stole plaintiff's personal property unLawfully.

**18** Explain the circumstances that led to the damage or injury:

TRANSFERED FROM another PRISON 180, THE Deliberate malicious, arbitrary improper, unLawFul, enforcement, use of under ground 'FAKE FALSE RULES to take, steal plaintiff's personal property.

**19** Explain why you believe the state is responsible for the damage or injury:

To monoplize the Appliances. Food, cosmetics etc with such vendors to monoplize over priced Appliances. Foods, cosmetics etc FOR plaintiff And And other csp inmates to 'Buy - pay FOR the over price products continuesely.

**20** Does the claim involve a state vehicle? ☐ Yes ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | City | State | Zip |
|---|---|---|---|

| Policy Number: | Tel: | |
|---|---|---|
| Are you the registered owner of the vehicle? | ☐Yes | ☐No |
| If NO, state name of owner: | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ☐Yes | ☐No |
| Have you received any payment for this damage or injury? | ☐Yes | ☐No |
| If yes, what amount did you receive? | | |
| Amount of deductible, if any: | | |
| Claimant's Drivers License Number: | Vehicle License Number: | |
| Make of Vehicle: | Model: | Year: |
| Vehicle ID Number: | | |

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Emmanuel T. Bull                                        9-6-2007

Signature of Claimant or Representative                Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

Name of State Agency                                   Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative        Title

Signature                                              Date

EXHIBIT

VCGCB-GC-002 (Rev. 8/04)

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**
*(Request for Permission to Proceed In Forma Pauperis)*
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035
1-800-955-0045 · www.governmentclaims.ca.gov

State of California

For Office Use Only

Claim No.:

I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.

## Claimant Information

**①** Last name: BuLL   First Name: Emmanuel   MI: TyRone

**②** Tel: ☐☐☐ - ☐☐☐ - ☐☐☐☐

**③** Claim Number (if known):

## Employment Information

**④** My occupation: N/A

My employer: N/A   N/A

Employer's Mailing Address | City | State | Zip

My spouse's or partner's employer:

Employer's Mailing Address | City | State | Zip

**⑤** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step ㉑.

Inmate Identification Number: J45987

## Financial Information

**⑥** I am receiving financial assistance from one or more of the following programs.   ☐ Yes   ☒ No

If no, proceed to step ⑦. If yes, check all that apply, then skip to step ㉑.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
☐ Food Stamps
☐ County Relief, General Relief (GR), or General Assistance (GA)

**⑦** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** | 1 | $969.79 | **F** | 6 | $2,626.04 |
| **B** | 2 | $1,301.04 | **G** | 7 | $2,957.29 |
| **C** | 3 | $1,632.04 | **H** | 8 | $3,288.54 |
| **D** | 4 | $1,963.54 | **I** | | |
| **E** | 5 | $2,294.79 | | | |

There are more than 8 people in my family.
Add $331.25 for each additional person.

Number: ☐   Total Income: ☐

If you checked a box in step ⑦ A through I, complete steps ⑧ through ⑮. Then skip to step ㉑.

**⑧** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.   ☐ Yes   ☒ No

If yes, fill in steps ⑨ through ㉑.

EXHIBIT

| | Monthly Income and Expenses | | | |
|---|---|---|---|---|
| **9** | My gross monthly pay is: $ N/A | **10** | My income changes each month: ☐ Yes ☐ No | |
| **11** | Number of persons living in my home: N/A | | N/A | **12** Other money I get each month |

| | Name | Age | Relationship | Monthly Income | | Source | | |
|---|---|---|---|---|---|---|---|---|
| **A** | | | | $ | **A** | | $ | |
| **B** | | | | $ | **B** | | $ | |
| **C** | N/A | | N/A | $ | **C** | N/A | $ | |
| **D** | | | | $ | **D** | | $ | |
| **E** | | | | $ | **E** | | $ | |
| **F** | | | | $ | **F** | | $ | |

| **15** | My total gross monthly household income: | $ N/A | **13** | Total other money: $ |
| **16** | My payroll deductions are: | | **14** | My monthly income: $ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **A** | | $ | **E** | | | $ | |
| **B** | N/A | $ | **F** | N/A | | $ | |
| **C** | | $ | **G** | | | $ | |
| **D** | | $ | **H** | | | $ | |
| | | | **17** | My total payroll deduction amount is: | | $ | |

| **18** | My monthly take home pay is | $ N/A | **19** | My net monthly income: $ |

**20** I own or have interest in the following property:

| | | | **C** | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|
| **A** | Cash | $ | | | | |
| **B** | Checking and savings (List banks): | | | Property | Value | Loan Balance |
| 1) | | $ | 1) | | $ | $ |
| 2) | N/A | $ | 2) | | $ | $ |
| 3) | | $ | 3) | | $ | $ |
| 4) | | $ | **D** | Real estate (List addresses) | | |
| | | | 1) | | $ | $ |
| | | | 2) | | $ | $ |

**21** My monthly expenses are:

| | | | | | | |
|---|---|---|---|---|---|---|
| **A** | Rent or house payment | $ | **J** | Installment payments (specify) | | |
| **B** | Food and household supplies | $ | 1) | | $ | |
| **C** | Utilities and telephone | $ | 2) | | $ | |
| **D** | Clothing | $ | 3) | | $ | |
| **E** | Laundry and cleaning | $ | | Total installment payments: | $ | |
| **F** | Medical and dental | $ | **K** | Wage assignment or withholdings | $ | |
| **G** | Insurance | $ | **L** | Spousal or child support | $ | |
| **H** | School, child care | $ | **M** | Other: | | |
| **I** | Transportation and auto expenses | $ | 1) | | $ | |
| | | | 2) | | $ | |
| | | | | Total other expenses: | $ | |
| | | | | Total monthly expenses: | $ | |

| **22** | | | | |
| **23** | I have attached other information that supports this application on a separate sheet. | ☐ Yes | ☒ No |

## Signature Section

**24** I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.

Signature of Claimant: _Emmanuel Bell_   Date: 9-6-2007

VCGCB-GC-0010 8/04

EXHIBIT

DECLARATION OF _Emmanuel T. Bull_

I, _Emmanuel T. Bull_ , declare:

1. I am the ☒ petitioner/*plaintiff* ☐ respondent/*defendant* in the within cause of action, and in support my application to proceed in this matter without prepayment of fees pursuant to *Cal. Rules of Court*, rule 985, and *Govt. Code* section 68511.3, I declare and incorporate by reference each and every statement following each box(es) which has been marked:

☒ I am an inmate who is incarcerated in state prison located at: _CALIPATRIA STATE PRISON_
_P.O. BOX 5002_

☒ The balance of my inmate trust account is approximately $ _0.00_ , and my monthly earnings each month is approximately $ _0.00_ . Additionally, I do not own any other assets or personal property of any value.

2. Accordingly, I am without the financial means to pay the court's filing fee and/or costs at this time.

I, _Emmanuel T. Bull_ , declare under penalty of perjury under the laws of the state of California that the above is true and correct and of my own personal knowledge. Executed this _6th_ day of _September_ _2007_ , at _CALIPATRIA_ , California.

_Emmanuel T. Bull_
DECLARANT, *In Propria Persona*

----**P R I S O N   C E R T I F I C A T E**----
(INCARCERATED APPLICANT ONLY)
(To Be Completed By The Institution Of Incarceration)

I certify that the applicant, _BULL, EMMANUEL_ (CDC# _J45987_ ), has the sum of $ _-5.22_ on account at CALIPATRIA STATE PRISON.

I further certify that said applicant has the following securities _N/A_ to his credit according to the records of the aforementioned institution, and that during the past six-months said applicant's average monthly inmate trust account balance was $ _0_ , and the average monthly deposits to said applicant's account was $ _0_ .

**ALL PRISONERS MUST ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR A SIX-MONTH PERIOD**

_3/13/08_
DATE

SIGNATURE OF AUTHORIZED OFFICER OF THE PRISON
_D. ZAMUDIO II_
OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_
OFFICER'S TITLE/RANK

EXHIBIT

ATTACHMENT 12
(In Forma Pauperis)

(Rev. 01/03)

Page two (2)

REPORT ID: TS3030 .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

REPORT DATE: 03/13/08
PAGE NO: 1

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 13, 2008

ACCOUNT NUMBER : J45987                                    BED/CELL NUMBER: FB04000000000120L
ACCOUNT NAME : BULL, EMMANUEL                              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/19/2008 | H109 | LEGAL POSTAGE HOLD | 2/15  4724 | 4.60 |
| 02/19/2008 | H109 | LEGAL POSTAGE HOLD | 2/15  4724 | 1.82 |
| 02/20/2008 | H109 | LEGAL POSTAGE HOLD | 2/15  4736 | 0.15 |
| 02/20/2008 | H200 | GENERAL HOLD | ENVEL 4736 | 0.15 |
| 02/20/2008 | H200 | GENERAL HOLD | ENVEL 4736 | 0.15 |
| 02/20/2008 | H118 | LEGAL COPIES HOLD | 2/14  4738 | 39.80 |
| 02/21/2008 | H109 | LEGAL POSTAGE HOLD | 2/21  4776 | 5.70 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 52.22 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 52.22- |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.

BY _____
TRUST OFFICE
CORRECTIONS

EXHIBIT

# PROPERTY RELEASE FORM

CAL

C 07 01 135 ™

RECEIVED CAL APPEALS JUN 21 2007

RECEIVED CAL APPEALS JUL 24 2007

| INMATES NAME | INMATES NUMBER |
|---|---|
| Bull | J45987 |

I authorized Calipatria State Prison to send home ☐ / Donate ☐ the following items of property (list property). ☐ Disposed of insufficient funds.   Balance $ _____

| | DONATED ITEMS | Un-Authorized | Altered | | ITEMS MAILED OUT | Un-Authorized | Alt |
|---|---|---|---|---|---|---|---|
| | Mail Out | | | | | | |
| 1. | 3 combs w/ handle | | | 1. | 20 Mags   Excess | | |
| 2. | 1 shirt | | | 2. | New - headphones excess | excess | |
| 3. | 2 cassettes   Excess | | | 3. | headphone cord | excess | |
| 4. | 2 petroleum jelly | ✓ | | 4. | Empty cd cages - 6 | | ✓ |
| 5. | 1 soap dish   excess | ✓ | | 5. | 1 TV cable cord - Altered | | |
| 6. | Twin CD player #6352 | ✓ | ✓ | 6. | Blackware ear  2 | | ✓ |
| 7. | | | | 7. | 2 altered sweatshirts | | |
| 8. | | | | 8. | 1 excess thermo set of tops | | ✓ |
| 9. | | | | 9. | 1 excess thermo sweatshirt | | |
| 10 | | | | 10. | Laundry bag | | |
| 11 | | | | 11. | 3 pr pr shower shoes  excess | | |
| 12 | | | | 12. | | | |

I REQUEST SPEAKERS BE REMOVED FROM THE FOLLOWING:
I UNDERSTAND THAT I HAVE THE OPTION TO SEND THE APPLIANCE TO THE REPAIR CENTER, AT MY EXPENSE; HOWEVER, I ELECT TO HAVE IT DONE BY STAFF, WHICH I WILL NOT HOLD RESPONSIBLE FOR DAMAGE.

| TELEVISION | SERIAL# | WORKING | NOT WORKING |
|---|---|---|---|
| Zenith | # 0167 | ✓ | |

☐ Television   ☐ Radio   ☐ Broken   ☑ Compliance

COMMENTS:

| RADIO | SERIAL# | WORKING | NOT WORKING |
|---|---|---|---|
| | | | |

☐ Television   ☐ Radio   ☐ Broken   ☐ Compliance

COMMENTS:

| INMATE SIGNATURE | DATE |
|---|---|
| Bull | 6/13/7 |
| R&R STAFF SIGNATURE | DATE |
| | 6/13/ |

**IF THE INMATE WILL BE MAILING ITEMS HOME HE MUST FILL OUT AND SIGN A TRUST WITHDRAWAL FORM AND IT MUST ACCOMPANY THIS FORM. DISAPPROVED PROPERTY WILL NOT BE STORED.  NEW ARRIVALS ONLY WILL BE GIVEN 30 CALENDAR DAYS TO OBTAIN FUNDS TO MAIL ITEM(S) OUT OR ITEM(S) WILL BE DISPOSED OF PER DEPARTMENT OF OPERATIONS MANUAL, SECTION 54030.12.2.

C:\R&R\forms

6-13

EXHIBIT

STATE OF CALIFORNIA

**INMATE PROPERTY INVENTORY**

CDC 1083 (7/87)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME: | CDC NUMBER: | INSTITUTION: | QUAD: | ROOM NUMBER: | DATE: |
|---|---|---|---|---|---|
| BULL | J45987 | CSPC | ASU1 | 185 | 9.15.03 |

| PROPERTY INVENTORIED BY: | TITLE: | REASON FOR INVENTORY: |
|---|---|---|
| YALE | C/O | TX SATF 'J' ON 9.17.03 |

## CANTEEN ITEMS

- [X] DEODORANT ✓
- HAIR: [X] GREASE ✓  [ ] .NET
  - [X] SHAMPOO ✓  [ ] SPRAY
  - [ ] PERM KIT  [ ] CONDITIONER ?
- LOTION: [ ] TANNING  [X] BABY OIL ✓
  - [X] HAND ✓  [ ] NOXEMA
- POWDER: [X] TALC ✓  [ ] FOOT
- RAZOR: [ ] BLADES  [ ] DISPOSABLE
- [ ] SHAVING CREAM
- [ ] AFTER SHAVE
- [ ] SHOE POLISH
- SOAP: [X] BARS 3  [ ] LIQUID
- [X] SOAP DISH  [ ] MOUTHWASH
- TEETH: [ ] PASTE ✓  [ ] BRUSH
  - [ ] HOLDER  [ ] D-CLEAN

### FOOD ITEMS

- CANDIES: [ ] BAGS  [X] BARS BX
- [ ] CANNED MEATS
- CHEESE: [ ] SPREAD  [ ] VELVEETA
- [ ] CHIPS  [ ] CRACKERS
- [ ] COFFEE  [ ] COCOA
- [ ] COOKIES  [ ] PASTRIES
- [ ] HOTSAUCE  [ ] PEPPERS
- [ ] INSTANT DRINKS  [X] SOUPS
- [ ] JAM/JELLY  [ ] HONEY
- [ ] PEANUT BUTTER ✓  [X] NUTS BX
- [ ] POPCORN  [ ] PORK RINDS
- [ ] SUGAR CUBES  SPICES -1
- TEA: [ ] BAGS  [ ] INSTANT
  - [ ] VITAMINS  [ ] PROTEIN

### PERSONAL PROPERTY

- [ ] ADDRESS BOOK
- [X] BATTERIES: SIZE: 6
- [ ] BINDERS
- BOOKS: (see below)
- [X] SOFTBACKS  [X] MAGAZINES
- [ ] HARDBACKS
- BRUSH: [X] HAIR ✓  [ ] SHOE
- CLIPPERS: [ ] NAIL  [ ] TOE
- COMBS: [X] AFRO ✓  [ ] REGULAR
- GLASSES: [X] SUN BROKEN  [X] RX W/CASE
- [X] LEGAL MATERIALS
- [X] PERSONAL PAPERS  [X] LETTERS
- [ ] MIRROR: CONDITION
- [X] PENS  [X] PENCILS
- PHOTOS: [ ] ALBUM  [X] LOOSE
- [ ] ENVELOPES  [ ] STAMPS
- [ ] SEWING KIT
- [ ] STATIONERY  [ ] TABLETS
- [X] TUMBLER 2  [ ] CUP
- [X] BOWL ✓  [ ] TUB
- [ ] WALLET
- TAPES/RECORDS - Total of 12 or less
- [X] CASSETTE TAPES ✓
- [ ] EIGHT TRACK TAPES
- [ ] RECORDS - 45's
- [ ] RECORDS - LP's

## CLOTHING

- [ ] BANDANAS  [ ] HEADBANDS
- [ ] BELT  [ ] BUCKLE
- CAPS: [X] B/BALL ✓  [X] W/CAP 2  [ ] VIS
- [ ] JACKETS
- [ ] PANTS
- [ ] PAJAMAS  [ ] ROBE
- [ ] RUG
- SHIRTS: [X] TANK TOP ✓  [ ] DRESS SHIRT
- T-SHIRTS: [ ] WHITE  [ ] COLORED
- SHOES: [ ] DRESS SHOES  [ ] SANDLES ✓
- [ ] BOOTS  [X] TENNIS 3 PR
- [X] THONGS ✓
- SHORTS: [ ] UNDER  [X] ATHLETIC 2
- [ ] SWEATER
- [X] SWEATPANTS
- [X] SWEATSHIRT
- [X] THERMO TOP 5  [X] THERMO PANTS 3

### GAMES

- [ ] CHESS  [X] PINOCHLE CARDS
- [ ] CHECKERS  [ ] OTHER
- [ ] DOMINOES ·

### TOBACCO ITEMS

- CIGARETTES: [ ] CARTONS  [ ] PACKS
- [ ] CIGARETTE CASE  [ ] LIGHTER
- CIGARS: [ ] BOX  [ ] PACK  [ ] EACH
- [ ] PIPES  [ ] ROLLER
- SNUFF: [ ] POUCH  [ ] TINS
- TOBACCO: [ ] POUCH  [ ] CAN

### OTHER ITEMS:

COAX CABLE
1-STINGER
BEAD'D NECKLACE
CAN OPENER
1-SPLITTER
WOOD NAME PLATE

### MAIL OUTS:

### CONFISCATED ITEMS:

## NON-EXPEND ITEMS

- [ ] A/C ADAPTER
  - Make: _____
  - SR/N: _____
- [ ] CALCULATOR
  - Make: _____
  - SR/N: _____
- [ ] CASSETTE/8-TRACK
  - Make: _____
  - SR/N: _____
- [ ] CLOCK
- [ ] ELECTRIC RAZOR
  - Make: _____
  - SR/N: _____
- [X] HEADPHONES
  - Make: KOSS w/ EXTNSION
  - SR/N: KOSS30 EQ
- [X] LAMP FAN
  - Make: HOLMES
  - SR/N: N/A
- [ ] MUSICAL INSTRUMENT
  - Type: _____  Model: _____
  - SR/N: _____
- RELIGIOUS MEDAL
  - Medal: [ ] GOLD COLOR  [ ] SILVER COLOR
  - CHAIN: [ ] GOLD COLOR  [ ] SILVER COLOR
- [ ] RECORD PLAYER
  - Make: _____
  - SR/N: _____
- RADIO
  - [X] AM/FM  [X] ~~SONY~~ CD
  - [X] CASSETTE  [ ] 8-TRACK
  - Make: CTRON
  - SR/N: 0352
- TELEVISION
  - [ ] BLACK & WHITE  [X] COLOR
  - [ ] TV & RADIO COMBINATION
  - Make: RADIO SHACK 9"
  - SR/N: 9831
  - [X] TELEVISION TESTED
  - [X] TV WORKS  [ ] NOT WORKING
  - [ ] TYPEWRITER
  - Make: _____
  - SR/N: _____
  - [ ] RING  [ ] GOLD  [ ] SILVER
  - [ ] WATCH  [ ] WRIST  [ ] POCKET
  - Make: _____
  - Color: [ ] GOLD  [ ] SILVER
  - 6  NUMBER OF BOXES
  - _____ NUMBER OF BAGS
  - FOOTLOCKER [ ] YES  [ ] NO
  - DITTY BAG [ ] YES  [ ] NO

BELOW TO BE SIGNED UPON RETURN OF PROPERTY TO INMATE:

| The above listed items constitute all my personal property.<br>INMATE'S SIGNATURE: | DATE: | I have received all the above listed personal property or have noted any discrepancies below.<br>INMATE'S SIGNATURE: | DATE: |
|---|---|---|---|
| E. Bull J45987 | 9-15-03 | | |

| RECEIVED IN R&R BY: | INST. | DATE: | INSTITUTION | QUAD | ROOM NUMBER |
|---|---|---|---|---|---|

DIST:   Original to R&R
        Copy to Inventory Officer
        Copy to Inmate

EXHIBIT

# INMATE PROPERTY INVENTORY

CDC 1083 (7-87)

DEPARTMENT OF CORRECTION

| INMATE'S NAME | CDC NUMBER | INSTITUTION | QUAD | ROOM NUMBER | DATE |
|---|---|---|---|---|---|
| Bull | J 45987 | CSP-COR | 3A | 2496 | 3-17-02 |

PROPERTY INVENTORIED BY: E. MARES

TITLE: C/O

REASON FOR INVENTORY: AD-SEG PLACEMENT

## CANTEEN ITEMS

- [x] DEODERANT (2)
- HAIR [x] GREASE (2)
- [x] SHAMPOO (1)
- [ ] PERM KIT
- LOTION [ ] TANNING
- [x] HAND (2)
- POWDER [x] TALC (1)
- RAZOR [ ] BLADES
- [ ] SHAVING CREAM
- [ ] AFTER SHAVE
- [ ] SHOE POLISH
- SOAP [x] BAR (4) 3
- [x] SOAP DISH (2)
- TEETH [x] PASTE (4)
- [ ] HOLDER

- [ ] NET
- [ ] SPRAY
- [x] CONDITIONER (1)
- [x] BABY OIL (1 BOTTLE)
- [ ] NOXEMA
- [ ] FOOT
- [ ] DISPOSABLE

- [ ] LIQUID
- [ ] MOUTHWASH
- [x] BRUSH (2)
- [ ] Q-CLEAN

### FOOD ITEMS

- CANDIES [ ] BAGS
- [ ] CANNED MEATS
- CHEESE [ ] SPREAD
- [ ] CHIPS
- [ ] COFFEE
- [ ] COOKIES
- [ ] HOTSAUCE
- [ ] INSTANT DRINKS
- [ ] JAM/JELLY
- [ ] PEANUT BUTTER
- [ ] POPCORN
- [ ] SUGAR CUBES
- TEA [ ] BAGS
- [ ] VITAMINS

- [ ] BARS
- [x] ADDED SCRATCH
- [ ] VELVEETA
- [ ] CRACKERS
- [ ] COCOA
- [ ] PASTRIES
- [ ] PEPPERS
- [ ] SOUPS
- [ ] HONEY
- [ ] NUTS
- [ ] PORK RINDS
- [ ] INSTANT
- [ ] PROTEIN

### PERSONAL PROPERTY

- [ ] ADDRESS BOOK
- [ ] BATTERIES, SIZE: 16(c) 2 9 (AAA)
- [ ] BINDERS  (4) DICTIONARIES
- [x] SOFTBACKS (1) BIBLE
- [ ] HARDBACKS [ ] MAGAZINES
- BRUSH [x] HAIR (1)
- CLIPPERS [ ] NAIL
- COMBS [x] AFRO (1)
- GLASSES [x] SUN (1) BROKEN [ ] RX
- [x] LEGAL MATERIALS
- [x] PERSONAL PAPERS [ ] LETTERS
- [ ] MIRROR: CONDITION
- PENS
- PHOTOS [ ] ALBUM [ ] PENCILS [ ] LOOSE
- [ ] ENVELOPES [ ] STAMPS
- [ ] SEWING KIT
- [ ] STATIONERY [ ] TABLETS
- [ ] TUMBLER [x] CUPS (1) PAIR
- [x] BOWL (2) [ ] TUB
- [ ] WALLET
- TAPES, RECORDS: Total of 12 or less
- [x] CASSETTE TAPES (5) CDs
- [ ] EIGHT TRACK TAPES
- [ ] RECORDS - 45's
- [ ] RECORDS - LP's

## CLOTHING

- [ ] BANDANAS [ ] HEADBANDS
- [ ] BELT [ ] BUCKLE
- CAPS [x] B/BALL (1) [x] W/CAP (2) [ ] VIS
- [ ] JACKETS
- [ ] PANTS 1 BLU / 1 WHT / 1 CURRENT GLOVE
- [ ] PAJAMAS
- [ ] RUG [ ] ROBE
- SHIRTS [ ] TANK TOP [ ] DRESS SHIRT
- T-SHIRTS [ ] WHITE [ ] COLORED
- SHOES [ ] DRESS SHOES [x] SANDLES (1)
- [ ] BOOTS [x] TENNIS (2) 1 IN A/SEG CELL PER TO GET
- [x] THONGS (1)
- SHORTS [ ] UNDER
- [ ] SWEATER [x] ATHLETIC (3)
- [ ] SWEATPANTS
- [ ] SWEATSHIRT
- [x] THERMO TO (1) [x] THERMO PANTS (1)

### GAMES

- [ ] CHESS
- [ ] CHECKERS [x] PINOCHLE CARDS (4)
- [ ] DOMINOES [ ] OTHER

### TOBACCO ITEMS

- CIGARETTES [ ] CARTONS [ ] PACKS
- [ ] CIGARETTE CASE [ ] LIGHTER
- CIGARS [ ] BOX [ ] PACK [ ] EACH
- [ ] PIPES [ ] ROLLER
- SNUFF [ ] POUCH [ ] TINS
- TOBACCO [x] POUCH (1) 1/4 LEFT [ ] CAN

### OTHER ITEMS

1) BOX OF MISCELLANEOUS PAPERWORK
2) CAN OPENER
3) STINGER
4) BEAD CHAINS
5) NAME PLATE — EMMANUEL

## NON-EXPENDO ITEMS

- [ ] A/C ADAPTER
  - Make: _____
  - SR/N: _____
- [ ] CALCULATOR
  - Make: _____
  - SR/N: _____
- [ ] CASSETTE/8-TRACK
  - Make: _____
  - SR/N: _____
- [ ] CLOCK
- [ ] ELECTRIC RAZOR
  - Make: _____
  - SR/N: _____
- [x] HEADPHONES (2)
  - Make: 1 SONY & 1 KOSS W/CORDS
  - SR/N: _____
- [x] FAN FAN (1)
  - Make: HOLMES
  - SR/N: _____
- [ ] MUSICAL INSTRUMENT
  - Type: _____ Model: _____
  - SR/N: _____
- RELIGIOUS MEDAL
  - Medal: [ ] GOLD COLOR [ ] SILVER COLOR
  - CHAIN: [ ] GOLD COLOR [ ] SILVER COLOR
- [ ] RECORD PLAYER
  - Make: _____
  - SR/N: _____
- RADIO
  - [x] AM/FM / CP [ ] CLOCK
  - [ ] CASSETTE [ ] 8-TRACK
  - Make: ETRON
  - SR/N: _____

### TELEVISION

- [ ] BLACK & WHITE [x] COLOR
- [ ] TV & RADIO COMBINATION
  - Make: RADIO SHACK (1 T.V. TRANSFORM)
  - SR/N: 5014983 (1) SPLITTER
  + CABLE
- [x] TELEVISION TESTED
- [x] TV WORKS [ ] NOT WORKING
- [ ] TYPEWRITER
  - Make: _____
  - SR/N: _____
- [ ] RING [ ] GOLD [ ] SILVER
- [ ] WATCH [ ] WRIST [ ] POCKET
  - Make: _____
  - Color: [ ] GOLD [ ] SILVER

### MAIL OUTS

### CONFISCATED ITEMS

NUMBER OF BOXES ___ 3 BOXES
NUMBER OF BAGS ___ 1 BAG

FOOT LOCKER [ ] YES [ ] NO
DITTY BAG [ ] YES [ ] NO

Ad Seg Allowable Property

X E. Bull    4/10/02

The above listed items constitute all my personal property.

INMATE'S SIGNATURE: E. Bull
DATE: 3-17-02

RECEIVED IN R&R BY: _____
INST. _____
DATE _____

BELOW TO BE SIGNED UPON RETURN OF PROPERTY TO INMATE:

I have received all the above listed personal property or have noted any discrepancies below:

INMATE'S SIGNATURE: _____
DATE: _____

INSTITUTION _____ QUAD _____ ROOM NUMBER _____

DIST: Original to R&R
Copy to Inventory Officer
Copy to Inmate

Chili Supply Company, Inc.

*"From a Battleship to Hot Sauce, We have it, or we'll get it"*

399 W. Artesia Blvd. • P.O. Box 7006
Rancho Dominguez, Ca 90224-7006
Tel: (310) 603-8899 Fax: (310) 603-8866

# INVOICE

| PAGE | |
|---|---|
| INVOICE NO. | 19248 |
| INVOICE DATE | 6/29/01 |

S O L D  T O:
#EVA002
LILLIE EVANS
1321 E. 114TH ST.
LOS ANGELES, CA 90059

S H I P  T O:
Inmate: BULL EVANS
#ZCA050   #: J45687
CA STATE PRISON-CORCORAN
INMATE:B.EVANS,J-45987
4001 KING AVENUE
CORCORAN, CA 93212

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS | DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|---|---|---|
| EVANS-MD | UPS - Ground Prepaid | PrePaid | 6/29/01 | 106 | | 22857-00 |

| QTY. ORDERED | QTY. SHIPPED | QTY. BACKORDERED | ITEM NO. | DESCRIPTION | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 4030010 | ETRON CD1800C CLEAR CD BOOMBOX NO RECORDING CAPABILITY | 68.9900 | EA | 68.99 |
| Inmate: | | | #: | | | | |
| | | | NO BACKORDERS. | | | | |
| | | | UPC #: 56465180006 | | | | |

| SUB-TOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 68.99 | 4.18 | 4.83 | 78.00 | 78.00 | .00 |

EXHIBIT

*Exhibit "A"*

# UNION SUPPLY COMPANY, INC.

*"From a Battleship to Hot Sauce, We have it, or we'll get it"*

2301 East Pacifica Place • P.O. Box 7006
Rancho Dominguez, CA 90224-7006
Tel: (310) 603-8899 Fax: (310) 603-8866

## INVOICE

Remit To:
2301 E Pacifica Place
PO Box 7006
Rancho Dominguez, CA
90224-7006

#: J45987

| PAGE | INVOICE NO. | INVOICE DATE |
|---|---|---|
| 01-428 | | 6/24 |

SOLD TO:
#EVA002
LILLIE EVANS
1321 E. 114TH ST.
LOS ANGELES, CA 90059

Inmate: BULL EVANS

SHIP TO:
Inmate: BULL EVANS
#DCA140     Housing Unit:
CA SUBSTANCE ABUSE TREAT FAC
QUARTERLY PACKAGE
900 QUEBEC AVENUE
CORCORAN, CA 93212

WEIGHT:    17.25
CUBE :    2,767.00

7-28-09

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS | DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET N |
|---|---|---|---|---|---|---|
| 4637560357: | UPS - Ground Prepaid | Prepaid / Personal Checks | 6/24/09 | 100 | | 480359-0 |

| QTY. ORDERED | QTY. SHIPPED | QTY. BACKORDERED | ITEM NO. | DESCRIPTION | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | #: J45987 | | | | |
| | | | | QUANTITIES CHANGED TO ADJUST PRICE | | | |
| | | | | SHOULD YOU NOT RECEIVE ALL THE ITEMS YOU ORDERED IT MIGHT BE | | | |
| | | | | BECAUSE IT EXCEEDED THE SIZE OR WEIGHT LIMIT OF THE BOX. | | | |
| | | | | WE APOLOGIZE FOR ANY INCONVENIENCE THIS MAY CAUSE YOU. | | | |
| | | | | WE APPRECIATE YOUR BUSINESS AND LOOK FORWARD TO SERVING YOU | | | |
| | | | | AGAIN SOON. HAVE A GREAT DAY! UNION SUPPLY COMPANY | | | |
| 1 | 1 | 0 | 8001 | CARDBOARD & PACKING MATERIALS | .0000 EA | | .0 |
| | | | | 12 X 14 X 24 | | | |
| 1 | 1 | 0 | 2501013 | GRAY DELUXE ACRYLIC WATCH CAP | 2.4900 EA | | 2.4 |
| | | | Color: | GRAY | | | |
| | | | Order: | 1 | | | |
| | | | B/O : | 0 | | | |
| 1 | 1 | 0 | 1055001 | BLACK CORDUROY SLIPPER (MED) | 11.9900 PR | | 11.9 |
| | | | UPC #: 0000507116 | | | | |
| | | | Size : | 9 | | | |
| | | | Order: | 1 | | | |
| | | | B/O : | 0 | | | |
| 3 | 3 | 0 | 8068001 | RED WING SQUEEZE MAYONNAISE | 1.9500 EA | | 5.8 |
| | | | | 12/14.5 OZ | | | |

| SUB-TOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|

K E Bull

EXHIBIT

# UNION SUPPLY COMPANY, INC.

*"From a Battleship to Hot Sauce, We have it, or we'll get it"*

2301 East Pacifica Place • P.O. Box 7006
Rancho Dominguez, CA 90224-7006
Tel:(310) 603-8899 Fax:(310) 603-8866

## INVOICE

Remit to:
2301 E Pacifica Place
PO Box 7006
Rancho Dominguez, CA
90224-7006

| PAGE | 01 |
| --- | --- |
| INVOICE NO. | 01-42810 |
| INVOICE DATE | 5/24/ |

#: J45987

S  Inmate: BULL EVANS
H  #QCA140        Housing Unit:
I  CA SUBSTANCE ABUSE TREAT FAC
P  QUARTERLY PACKAGE
   900 QUEBEC AVENUE
T  CORCORAN, CA 93212
O

WEIGHT: 17.256
CUBE: 2,757.000

| CUSTOMER PURCHASE ORDER NO. | | SHIP VIA | | TERMS | DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4637560357I | | UPS - Ground Prepaid | | Prepaid / Personal Checks | 5/24/05 | 108 | | 480359-00 |

S  #EVA002
O  LILLIE EVANS
L  1321 E. 114TH ST.
D  LOS ANGELES, CA 90059
T
O

#: J45987

| QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | ITEM NO. | DESCRIPTION | PRICE | UM | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 20 | 20 | 0 | 8001023 | COOKQUIK BEANS & RICE 48/2 OZ CHILI FLAVORED | .6500 | EA | 13.00 |
| | | | UPC #: 711871130? | | | | |
| 7 | 7 | 0 | 8076035 | BUMBLE BEE LIGHT TUNA IN WATER 12/3.02 IN A POUCH | .7000 | EA | 4.90 |
| 4 | 4 | 0 | 8092060 | CHICKEN OF THE SEA SHRIMP PREMIUM IN POUCH 12/3.53 OZ | 3.5000 | EA | 14.00 |
| 3 | 3 | 0 | 8036014 | SNAPPY CHEESE CRISPS CRACKERS 12/10 OZ | 1.6500 | EA | 4.95 |
| 2 | 2 | 0 | 8032068 | STAUFFER CHOC CHIP 12/12 OZ TRAY COOKIE | 1.5000 | EA | 3.00 |
| 2 | 2 | 0 | 8032027 | STAUFFER ICED OATMEAL COOKIES 12/12 OZ | 1.5000 | EA | 3.00 |
| 5 | 5 | 0 | 8019004 | THIN & CRISPY STUFFED JALAPENO POTATO CHIPS 15/6 OZ | 1.1500 | EA | 5.75 |

X E Bull

| SUB-TOTAL | SHIPPING & HANDLING | TAX | SUB-TOTAL | DEPOSIT | TAX REBATE | BALANCE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| 68.93 | 3.95 | 1.05 | 73.93 | 72.00 | 1.05- | .88 |

EXHIBIT 1

ORIGINAL

# WORK ORDER

| CUSTOMER # | CUSTOMER ORDER # | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8228248 001 | | | | | | | | |

| QUANTITY | | TTL WT | B/O | U/M | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
| ORDERED | SHIPPED | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | EA | 50037010N | KOSS EQ/30 EQUALIZER | 21.79 | 21.79 |
| | 1 | | | EA | 50258010N | HEADPHONE ACCESSORY KIT C0218 | 5.79 | 5.79 |
| | 1 | | | EA | 50584010N | RECOTON HP120/1536 STEREO *** DISCONTINUED | 6.60 | |

TTL WT 1.21

OFFICE USE ONLY

| QTY | PRODUCT NO. | DESCRIPTION OF EXCHANGE ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | A/T RECEIVED | | | |
| | SALES TAX | | | |
| | | **NO RED OR BLUE COLORS** | | |
| | | SHIPPING/HANDLING 4.00 | | |
| | | | **TOTAL** | 34.38 |

A/T RECEIVED 44.00

EXHIBIT

Access Catalog Company
10840 Lin Page Place
St. Louis, MO 63132

DETACH LABEL & PLACE ON OUTSIDE OF PACKAGE

EXCHANGE/RETURN ITEMS

FILL
CALIFORNIA ST PRISON    J45987
4001 KING AVE, DORM/BED#249L
CORCORAN,                CA 93212

## RETURN CODES

R1   Defective
R2   Do not want
R3   Wrong Product Shipped
R4   Wrong Product Ordered
R5   Restricted

## EXCHANGE CODES

E1   Defective
E2   Do not want
E3   Wrong Product Shipped
E4   Wrong Product Ordered
E5   Restricted

## TV CODES

T1   Repair and Return
T2   Replace

To return or exchange merchandise, Circle the code that best fits your exchange or return.

| | | ORDER NO. | ORDER DATE | PAGE |
|---|---|---|---|---|
| | | | 8/28/01 | |

1-800-546-6283
ACCESS CATALOG COMPANY
10840 LIN PAGE
ST. LOUIS, MO   63132

E BULL
CALIFORNIA ST PRISON    J45987
4001 KING AVE, DORM/BED#249L
CORCORAN,                CA 93212

ORDER NO. 52700

VIA  UPS

SLS  JMP

FILLED BY

ORDER NO.

JACK L. MARCUS INC.
5300 W. FOND DU LAC AVE.
MILWAUKEE WI 53216
PHONE: (414) 438-4999
        1-800-236-2611

CUST# 93212
ORDER# 1770616
ORDERDATE: 08/31/00

CALIFORNIA ST. PRISON-CORCORAN
EMMANUEL BULL ID# J45987
4001 KING AVENUE
CORCORAN CA 93212

NO CREDITS OR SUBSTITUTES ALLOWED

SHIPMENT: SEPARATE   BATCH: 237
PO# 12172  DPT # 1

| QTY | ITEM DESCRIPTION | CART LOC. | PRICE | EXT. PRICE |
|-----|------------------|-----------|-------|-----------|
| 1 | 1744 6 FT. HEADPHONE EXTENSION CORD ACW344 | 04 B-04 | 3.00 | 3.00 |
| 1 | 1612 KOSS KTX/4 STEREOPHONE KTX/4-135145 | 04 A-05 | 9.75 | 9.75 |
| 1 | 393 8 INCH OSCILLATING TABLE FAN HAOF-85 | 04 WHSE1 | 13.75 | 13.75 |
| 1 | 265 VHF/UHF/FM BAND SEPARATOR CV65 | 04 B-03 | 2.75 | 2.75 |

A REFUND IS BEING PROCESSED FOR THE FOLLOWING REASON(S):

    ITEM ORDERED IS SOLD OUT  1258

PLEASE NOTE:          ORDER # 1770616     248

A REFUND IN THE AMOUNT OF 22.75
WILL BE SENT TO LILLIE EVANS.

TOTAL SALE AMOUNT:  29.25
         FREIGHT:   3.00

         DEPOSIT:  55.00
     CREDIT USED:   0.00

EXHIBIT
EXHIBIT

8-18-05

**86485**
E. BULL J45987
CSATF/SUBSTANCE ABUSE TRMT FAC
900 QUEBEC AVE, PO BOX 700 C3 LOW 212
CORCORAN, CA  93212

ADHERE TO QTR END KEY DEADLNS
HEPT PLUS INMATE DORM & BED
LOCATION OR THE ORDER WILL
R/T TO ADDRESS HD. THANK YOU.

| QTY | UOM | ITEM NO | DESCRIPTION | UTL PRC | TTL PRC |
|---|---|---|---|---|---|
| 4 | EA | 8021 | (EACH) KEEFE 4 OZ. INSTANT COFFEE | 2.40 | 8.40 |
| 10 | EA | 81541 | (EACH) HOT CHILI REFRIED BEANS & NTMS 4 | 1.00 | 10.00 |
| 2 | EA | 84575 | (EACH) 140Z SNACK LEGENDS VAN CRM FILLE | .30 | 2.60 |
| | EA | 81877 | (EACH) 140Z SNACK LEGENDS OTMEL CREME PI | 1.30 | 1.30 |
| | EA | | (EACH) 140Z SNACK LEGENDS CHERRY CREM PI | 1.30 | 1.30 |
| 1 | EA | 81579 | (EACH) 140Z SNACK LEGENDS CHOC PR CREMES | 1.30 | 1.30 |
| 1 | EA | 84654 | (EACH) 140Z SNACK LEGENDS GLAD CRM COOKI | 1.70 | 1.70 |
| 1 | EA | 84708 | (EACH) SNACK LEGENDS FUDGE STICKS & PK | 1.50 | 1.50 |
| 1 | EA | 84709 | (EACH) SNACK LEGENDS WAFERS 8 PACK | 1.60 | 1.60 |
| 2 | EA | 84710 | (EACH) SNACK LEGENDS NUTGG ROLLS & PPLS | 1.40 | 2.80 |
| 1 | EA | 84711 | (EACH) SNACK LEGENDS SWISS CAKES & CRM 1 | 1.60 | 1.60 |
| 1 | EA | 84712 | (EACH) SNACK LEGENDS HONEY BUNS & PK | 1.40 | 1.40 |
| 1 | EA | 84713 | (EACH) SNACK LEGENDS MINI DNUTS 9 PK | 1.40 | 1.40 |
| 2 | EA | 84715 | (EACH) A PK SNK LEGEND CHOC CREME CUPCAK | 1.10 | 2.20 |
| 1 | EA | X 84716 | (EACH) SNK LEGENDS CHOCO *** CANCELLED | 2.00 | |
| 1 | EA | 85111 | (EACH) MOON PIGS BANNANA POTATO CHIPS | 1.00 | 1.00 |
| 1 | EA | 85112 | (EACH) MOON PIES BBQ POTATO CHIPS 2 OZ | 1.00 | 1.00 |
| 1 | EA | 85113 | (EACH) MOON PIES SOUR CREAM N ONION 2 OZ | 1.00 | 1.00 |
| 1 | EA | 85116 | (EACH) MOON PIES VNLA WHOLE SNACK PIE CHO | 1.50 | 1.50 |
| 1 | EA | 85117 | (EACH) AJ VANILLA COOKIES 4 OZ | 1.00 | 1.00 |
| 10 | EA | 86495 | (EACH) TREX CREME SANDC 2.8 OZ | .60 | 6.00 |
| 1 | EA | 85537 | (EACH) NEW DAY BAGL SWEDS 2.5 | 1.30 | 1.30 |
| 5 | EA | 85537G | (EACH) SHORTS HONEY BUN MUFFIN CRSTS | 1.40 | 7.90 |

NT RECEIVED ..... 48.00
SALES TAX

8-18-05                    TOTAL .... 67.20

TOTAL
E. Bull

NT. THANK YOU ...

EXHIBIT

PAGE  1

```
479 PKGP                        185555
  1-800-546-6283                          WAREHOUSE: W          2/25/05
ACCESS SECUREPAK                          CARRIER: UPS  300   8732613 001
55-101 VISTA BLVD.                        SLS: JP W SP
SPARKS, NV    89434                       ORDER #: 74213
```

ADHERE TO QTR END KEY DEADLNS
MUST HAVE INMATE DORM & BED
LOCATION OR THE ORDER WILL
RTN TO ACCESS NO THANK YOU

# 31567
EMMANUEL BULL J45987
CSATF/SUBSTANCE ABUSE TRMT FAC
900 QUEBEC AVE, PO BOX 7100 C 3 212L
CORCORAN, CA  93212

| TY | UOM | ITEM NO | C | DESCRIPTION | ITM PRC | TTL PRC |
|----|-----|---------|---|-------------|---------|---------|
| 4 EA | 4 | 8021 | (EACH) | KEEFE 4 OZ. INSTANT COFFEE | 2.10 | 8.40 |
| 1 EA | | 8201 | (EACH) | KBLR PECAN SANDIES 16 OZ | 2.70 | 2.70 |
| 1 EA | 1 | 81874 | (EACH) | 14OZ SNACK LEGENDS CHOC CREME FILL | 1.30 | 1.30 |
| 1 EA | 1 | 81875 | (EACH) | 14OZ SNACK LEGENDS VAN CREME FILLE | 1.30 | 1.30 |
| 1 EA | 1 | 81877 | (EACH) | 14OZ SNACK LEGENDS DUPLEX CREME CO | 1.30 | 1.30 |
| 3 EA | 3 | 81878 | (EACH) | 14OZ SNACK LEGENDS STRBRY CREME FL | 1.30 | 3.90 |
| 2 EA | 2 | 81879 | (EACH) | 14OZ SNACK LEGENDS CHOC PB CREME F | 1.30 | 2.60 |
| 1 EA | X | 84708 | (EACH) | SNACK LEGENDS DUN *** CANCELLED | 1.50 | |
| 1 EA | X | 84709 | (EACH) | SNACK LEGENDS P.B *** CANCELLED | 1.60 | |
| 1 EA | X | 84710 | (EACH) | SNACK LEGENDS SWI *** CANCELLED | 1.60 | |
| 1 EA | X | 84711 | (EACH) | SNK LEGENDS OATME *** CANCELLED | 1.60 | |
| 1 EA | X | 84712 | (EACH) | SNACK LEGENDS HON *** CANCELLED | 1.60 | |
| 3 EA | 3 | 84713 | (EACH) | SNACK LEGENDS PECAN SPINS 8 PK | 1.60 | 4.80 |
| 2 EA | 2 | 84714 | (EACH) | 6 PK SNK LEGENDS CHOC CREME CUPCAK | 2.00 | 4.00 |
| 1 EA | | 84716 | (EACH) | SNK LEGENDS CHOC ENROBED DONUT & P | 2.00 | 2.00 |
| 1 EA | 1 | 85111 | (EACH) | MOON LODGE REGULAR POTATO CHIPS | 1.00 | 1.00 |
| 1 EA | 1 | 85112 | (EACH) | MOON LODGE BBQ POTATO CHIPS - 6OZ | 1.00 | 1.00 |
| 1 EA | 1 | 85113 | (EACH) | MOON LODGE SOUR CREAM & ONION 6 OZ | 1.00 | 1.00 |
| 1 EA | 1 | 85114 | (EACH) | MOON LODGE "THE WHOLE SHABANG" CHI | 1.00 | 1.00 |
| 1 EA | 1 | 85117 | (EACH) | ML JALAPENO CHIPS 6 OZ | 1.00 | 1.00 |
| 1 EA | 1 | 88076 | (EACH) | COLGATE 6.4 OZ TSHPASTE | 2.40 | 2.40 |
| 1 EA | 1 | 821186 | (EACH) | AQUA SPORT GEL AP DEOD 3 OZ | 2.70 | 2.70 |
| 10 EA | 10 | 821447 | (EACH) | IRSH SPRNG *SPORT* 4.5 OZ SINGLE BA | .80 | 8.00 |
| 1 EA | 1 | 822375 | (EACH) | NEW DAY BABY POWDER 15 OZ | 1.30 | 1.30 |
| 1 EA | 1 | 50242010 N | | HEADPHONE ACCESSORY KIT 00218 | 8.60 | 8.60 |
| 1 EA | 1 | 50400050 G | | SWEATSHIRT | XL LIGHT | 7.60 | 7.60 |
| 1 EA | 1 | 50404050 G | | SWEATPANTS - NO POCKETS | XL LIGHT | 7.60 | 7.60 |
| 1 EA | 1 | 50605060 N | | THERMAL DRAWERS | 2XL NATUR | 5.90 | 5.90 |
| 1 EA | 1 | 50606060 N | | THERMAL SHIRT | 2XL NATUR | 5.90 | 5.90 |
| 1 EA | 1 | 50954050 G | | GYM SHORTS 50/50 POLY COTTON | XL GREY | 7.90 | 7.90 |
| 1 EA | 1 | 52006090 N | | REEBOK K080 / I SANDAL | SZ 9 | 12.50 | 12.50 |

EXHIBIT

| | | |
|--|--|--|
| GIFT CERT. | .37 | |
| AMT RECEIVED | 108.00 | |
| SALES TAX | | SHIPPING/HANDLING | TOTAL: 107.53 |
| | TOTAL WT: 26.33 | 3-9-05 |

NO THANK YOU ITEMS            ADHERE TO SHIP DEADLINES

```
522 PKGRO                                                    PAGE   1

  1-800-545-6283                                               8/11/06
ACCESS SECUREPAK
KEEFE COMMISSARY NETWORK, L.L.C.      WAREHOUSE: W
55-101 VISTA BLVD.                    CARRIER: UPS      9732613 001
SPARKS, NV   89434                    SLS#: 313
                                      ORDER #: 19824

DSATF-SUB ABUSE PG A/B**                   EXPLICIT OK
900 QUEBEC AVE, PO BOX 7100          MUST HAVE IM DORM & BED LOC.
CORCORAN        CA 93212             COAX ON C.O.E YARDS  - NO RPL
                                     QP-028, MUSIC-002,SPO-005


TY  UOM   ITEM NO O DESCRIPTION                     ITM PRC    TTC PRC
5 EA       8913    (EACH) O.A. CHEESE CRUNCHY 11 OZ.    1.70      8.50
7 EA       81241   (EACH)HOT CHILI REFRIED BEANS & RICE 4.4  1.00  7.00
1 EA       82875   (EACH) MAXWELL HOUSE BLEND JAR (8 OZ)  4.25     4.25
4 EA       84595   (EA)RITZ CKRS TOP EMS 8.3 OZ           1.05     4.20
1 EA       84596   (1PKG)HONEY MAID BLUEBERRY BARS     THANK YOU NO CHG
4 EA       84717   (EA)SL STRAWBERRY DONUTS 4 OZ          .65      2.60
1 EA       28329   (EACH) HTG ANTI-FNGL PWDR 3OZ         2.30      2.30
1 EA    6105901O B BLIGE,MARY J.-SHARE MY WORLD        11.05     11.05
1 EA    6160201O B TWISTA-KAMIKAZE                     15.30     15.30
                                      **EXPLT**


    SALES TAX OF $1.94 IS INCLUDED IN TOTAL AMOUNT
WT RECEIVED     60.35    *** BEFBRDNGSSWRDLEDS          5.15  TOTAL:   55.20

         TOTAL WT:   9.46


                                      ADHERE TO SHIP DEADLINES
```

9.13-06

received

X E Bell

# EXHIBIT

Huston v. LACK (Supra)

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

I, _E. Bull_ (C.C.P. SEC. 446 & 2015.5: 28 U.S.C. 1746)
DECLARE UNDER PENALY OF PERJURY THAT: I AM THE _PLAINTIFF_
IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THERE
AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION
AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS ___29th___ DAY OF ___December___, 2010 AT
CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002

(SIGNATURE) _Emmanuel Bell_
DECLARANT/PRISONER

## PROOF OF SERVICE BY MAIL

I, _E. Bull_ (C.C.P. SEC. 1013 (a) & 2015.5 28 U.S.C. 1746)
AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF
IMPERIAL, STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A
PARTY OF THE ABOVE ENTITLED ACTION.  MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON
CALIPATRIA, CALIFORNIA 92233-5002.

ON _December 29_, 2010 IS SERVED THE FOREGOING: _U.S.D.C.S.D.C._
_Complaint under the civil Rights Act 42 u.s.c § 1983_
_Fed R.civ. p. 38(b) Jury Trial._
SET FORTH EXACT TITLE OF DOCUMENTS SERVED

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH
POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT
CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

_U.S.D.C.S.D.C. 880 Front Street # 4290_
_San Diego Calif. 92101 - 8900_

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR
COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.  I DECLARE
UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE _December 29_, 2010          _Emmanuel Tyrone Bell_
(DECLARANT / PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I (a) PLAINTIFFS

**Emmanuel Tyrone Bull**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Emmanuel Tyrone Bull
PO Box 5002
Calipatria, CA 92233
J-45987

### DEFENDANTS

**Small et al**

'11 CV 0009 DMS WMc

2254    1983
FILING FEE PAID
Yes
IFP MOTION FILED
No
COPIES SENT TO
Court    ProSe

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**ATTORNEYS (IF KNOWN)**

FILED
JAN 3 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                DEPUTY

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☑ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

| DATE   1/3/11 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

